QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERRY LEE GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-172-EJG |
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
| | ) CONFERENCE AND EXCLUDING TIME; |
| v. | ) PROPOSED ORDER |
| TERRY LEE GIBSON, | ) |
| Defendant. | ) |
| | ) Judge:   Hon. Edward J. Garcia |
| _____ | ) |

    This case is currently scheduled for a status conference on September 23, 2005.  Mr. Gibson has requested that his counsel address issues concerning his institutional placement after sentencing, and counsel needs additional time to accomplish this.  In addition, the parties have not finalized the terms of a plea agreement in this case and in the related case from the Northern District of California and Mr. Gibson's counsel will need additional time to go over the agreement with Mr. Gibson when finalized.

    The parties, through their respective counsel, hereby stipulate

1

1  and agree that the status conference scheduled in this case for
2  September 23, 2005, be continued until October 14, 2005.  In addition,
3  the parties stipulate that the time period from September 23, 2005, to
4  October 14, 2005, be excluded under the Speedy Trial Act (18 U.S.C.
5  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
6  defense counsel with the reasonable time to prepare.
7     A proposed order is attached and lodged separately for the court's
8  convenience.

DATED: September 22, 2005           Respectfully submitted,

McGREGOR W. SCOTT                   QUIN DENVIR
United States Attorney              Federal Defender


 /s/ Carolyn K. Delaney              /s/ Daniel J. Broderick
CAROLYN K. DELANEY                  DANIEL J. BRODERICK
Assistant U.S. Attorney             Chief Assistant Federal Defender
Attorney for United States          Attorneys for TERRY LEE GIBSON

Stip. To Continue Status            2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-172-EJG |
| ) | |
| Plaintiff, ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| TERRY LEE GIBSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on September 22, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled for September 23, 2005, be continued until Friday, October 14, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 22, 2005, stipulation, the time under the Speedy Trial Act is excluded from September 22, 2005, through October 14, 2005, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 22 , 2005         /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE

Stip. To Continue Status            1