```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERRY LEE GIBSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-172-EJG |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; |
| v. | PROPOSED ORDER |
| TERRY LEE GIBSON, | |
| Defendant. | Judge:   Hon. Edward J. Garcia |

This case is currently scheduled for a status conference on October 14, 2005. The attorneys for both parties have conferred and agree that additional time is needed to investigate information about the crimes underlying the charges in this case. Once that investigation is complete, the parties will finalize the terms of a plea agreement in this case and in the related case from the Northern District of California, and Mr. Gibson's counsel will need additional time to go over the agreement with Mr. Gibson.

The parties, through their respective counsel, hereby stipulate

1

and agree that the status conference scheduled in this case for October 14, 2005, be continued until November 18, 2005. In addition, the parties stipulate that the time period from October 14, 2005, to November 18, 2005, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: October 13, 2005                Respectfully submitted,

McGREGOR W. SCOTT                      QUIN DENVIR
United States Attorney                 Federal Defender


 /s/ Carolyn K. Delaney                 /s/ Daniel J. Broderick
CAROLYN K. DELANEY                     DANIEL J. BRODERICK
Assistant U.S. Attorney                Chief Assistant Federal Defender
Attorney for United States             Attorneys for TERRY LEE GIBSON

Stip. To Continue Status            2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-172-EJG |
| Plaintiff, ) | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| TERRY LEE GIBSON, ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on October 13, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled for October 14, 2005, be continued until Friday, November 18, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 13, 2005, stipulation, the time under the Speedy Trial Act is excluded from October 14, 2005, through NOVEMBER 18, 2005, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 13 , 2005         /s/ Edward J. Garcia
                                 _____
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                1