```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERRY LEE GIBSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-172-EJG |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; |
| v. | PROPOSED ORDER |
| TERRY LEE GIBSON, | |
| Defendant. | Judge:   Hon. Edward J. Garcia |

This case is currently scheduled for a status conference on December 16, 2005. The attorneys for both parties have conferred and agree that additional time is needed to investigate information about the crimes underlying the charges in this case. Once that investigation is complete, the parties will finalize the terms of a plea agreement in this case and in the related case from the Northern District of California, and Mr. Gibson's counsel will need additional time to go over the agreement with Mr. Gibson. Further, Mr. Gibson's prior attorney, Rachelle Barbour, has returned from maternity leave and

1

will be resuming the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 16, 2005, be continued until January 20, 2006. In addition, the parties stipulate that the time period from December 16, 2005, to January 20, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: December 14, 2005                Respectfully submitted,

McGREGOR W. SCOTT                       QUIN DENVIR
United States Attorney                  Federal Defender


 /s/ Carolyn K. Delaney                  /s/ Rachelle Barbour
CAROLYN K. DELANEY                      RACHELLE BARBOUR
Assistant U.S. Attorney                 Chief Assistant Federal Defender
Attorney for United States              Attorneys for TERRY LEE GIBSON

Stip. To Continue Status            2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-S-05-172-EJG |
|                                  ) | |
|           Plaintiff,             ) |     ORDER CONTINUING STATUS |
|                                  ) | CONFERENCE AND EXCLUDING TIME |
|      v.                          ) | |
|                                  ) | |
| TERRY LEE GIBSON,                ) | |
|                                  ) | |
|           Defendant.             ) | |
|                                  ) | |
| _____   ) | |

   For the reasons set forth in the stipulation of the parties, filed on December 14, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled for December 16, 2005, be continued until Friday, January 20, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 20, 2006, stipulation, the time under the Speedy Trial Act is excluded from December 16, 2005, through January 20, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 15, 2005          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                 1