

1  DENNIS WAKS, Bar #142581
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  TERRY LEE GIBSON

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA     c/EJG

10

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-05-172-EJG
                                   )
13                 Plaintiff,      )  STIPULATION CONTINUING STATUS
                                   )  CONFERENCE AND EXCLUDING TIME;
14       v.                        )  PROPOSED ORDER
                                   )
15  TERRY LEE GIBSON,              )
                                   )  Date:  March 10, 2006
16                 Defendant.      )  Time:  10:00 a.m.
                                   )  Judge: Hon. Edward J. Garcia
17  _____  )

18

19       This case is currently scheduled for a status conference on
20  January 20, 2006.  Defense counsel has recently returned from leave and
21  has been reassigned this case.  The attorneys for both parties have
22  conferred and agree that additional time is needed to investigate
23  information about the crimes underlying the charges in this case.
24  Further, time is needed to arrange for a related case to be transferred
25  from the Northern District of California and for the parties to address
26  a pending charge in state court.  Once that investigation is complete,
27  the parties will negotiate and finalize the terms of a plea agreement

28                                   1

1  in this case and in the related case from the Northern District of
2  California, and Mr. Gibson's counsel will need additional time to go
3  over the agreement with Mr. Gibson.

4      The parties, through their respective counsel, hereby stipulate
5  and agree that the status conference scheduled in this case for January
6  20, 2006, be continued until March 10, 2006.  In addition, the parties
7  stipulate that the time period from January 10, 2006, to March 10,
8  2006, be excluded under the Speedy Trial Act (18 U.S.C.
9  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
10 defense counsel with the reasonable time to prepare.

11      A proposed order is attached and lodged separately for the court's
12 convenience.

13 DATED: January 13, 2006                 Respectfully submitted,

14 McGREGOR W. SCOTT                        DENNIS WAKS
   United States Attorney                   Acting Federal Defender
15

16
   /s/ Carolyn K. Delaney                  /s/ Rachelle Barbour
17 CAROLYN K. DELANEY                       RACHELLE BARBOUR
   Assistant U.S. Attorney                  Assistant Federal Defender
18 Attorney for United States               Attorneys for TERRY LEE GIBSON

19

20

21

22

23

24

25

26

27

28 Stip. To Continue Status                 2

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4

5    UNITED STATES OF AMERICA,        )   No. CR-S-05-172-EJG
                                      )
6                  Plaintiff,         )   ORDER CONTINUING STATUS
                                      )   CONFERENCE AND EXCLUDING TIME
7         v.                          )
                                      )
8    TERRY LEE GIBSON,                )
                                      )
9                  Defendant.         )
                                      )
10   _____    )

11
        For the reasons set forth in the stipulation of the parties, filed
12
     on January 13, 2006, IT IS HEREBY ORDERED that the status conference
13
     currently scheduled for January 20, 2006, be continued until Friday,
14
     March 10, 2006 at 10:00 a.m.  The Court finds that the ends of justice
15
     to be served by granting a continuance outweigh the best interests of
16
     the public and the defendant in a speedy trial.  Accordingly, IT IS
17
     HEREBY ORDERED that, for the reasons stated in the parties'
18
     stipulation, the time under the Speedy Trial Act is excluded from
19
     January 20, 2006, through March 10, 2006, pursuant to 18 U.S.C.
20
     §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide
21
     defense counsel with the reasonable time to prepare.
22

23
     Dated: January 13, 2006
24                                        EDWARD J. GARCIA
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28   Stip. To Continue Status                1