1   DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorneys for Defendant
6   TERRY LEE GIBSON

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. CR-S-05-172-EJG
                                     )
13                  Plaintiff,       )  STIPULATION CONTINUING STATUS
                                     )  CONFERENCE AND EXCLUDING TIME;
14      v.                           )  ORDER
                                     )
15  TERRY LEE GIBSON,                )
                                     )  Date:  April 14, 2006
16                  Defendant.       )  Time:  10:00 a.m.
                                     )  Judge:  Hon. Edward J. Garcia
17  _____  )

18

19        This case is currently scheduled for a status conference on March

20  10, 2006.  The attorneys for both parties have conferred and agree that

21  additional time is needed to investigate information about the crimes

22  underlying the charges in this case.  Further, time is needed to

23  arrange for a related case to be transferred from the Northern District

24  of California and for the parties to address a pending charge in state

25  court.  Once that investigation is complete, the parties will negotiate

26  and finalize the terms of a plea agreement in this case and in the

27  related case from the Northern District of California, and Mr. Gibson's

28                                   1

1  counsel will need additional time to go over the agreement with Mr.

2  Gibson.

3      The parties, through their respective counsel, hereby stipulate

4  and agree that the status conference scheduled in this case for March

5  10, 2006, be continued until April 14, 2006.  In addition, the parties

6  stipulate that the time period from March 10, 2006, to April 14, 2006,

7  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv)

8  and Local Code T4), due to the need to provide defense counsel with the

9  reasonable time to prepare.

10     A proposed order is attached and lodged separately for the court's

11 convenience.

12 DATED: March 8, 2006              Respectfully submitted,

13 McGREGOR W. SCOTT                 DANIEL J. BRODERICK
   United States Attorney           Acting Federal Defender

14

15
    /s/ Carolyn K. Delaney            /s/ Rachelle Barbour
16 CAROLYN K. DELANEY               RACHELLE BARBOUR
   Assistant U.S. Attorney          Assistant Federal Defender
17 Attorney for United States       Attorneys for TERRY LEE GIBSON

18

19

20

21

22

23

24

25

26

27

28 Stip. To Continue Status          2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-172-EJG |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| TERRY LEE GIBSON, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on March 8, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for March 10, 2006, be continued until Friday, April 14, 2006 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from March 10, 2006, through April 14, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated: March ___9___, 2006      ____/s/ Edward J. Garcia____
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE


Stip. To Continue Status           1