IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

06-201 GEB

| UNITED STATES OF AMERICA, | ) No. CR-S-05-172-EJG |
|---|---|
| Plaintiff, | ) ORDER RE: RELEASE |
| v. | ) |
| TERRY LEE GIBSON, | ) |
| Defendant. | ) |

FILED

MAY 22 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Due to the pendency of a three-strikes case in Placer County, the Court hereby orders defendant TERRY LEE GIBSON <u>released</u> from federal custody to the hold previously lodged by Placer County.

Dated: May 22, 2006

_____
HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                3