IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 22 2006
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-172-EJG |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| TERRY LEE GIBSON, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on May 15, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for May 19, 2006, be continued until Friday, September 15, 2006 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Further, the Court finds that there are charges presently pending in Placer County which Mr. Gibson seeks to resolve before pleading in the current case.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from May 19, 2006, through September 15, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, and 18 U.S.C. § 3161(h)(1)(D) and Local Code C, due to the need to provide defense

//

//

Stip. To Continue Status                    1

1 | counsel with reasonable time to prepare and the pendency of other state
2 | charges.
3 |
4 | Dated: May  15 , 2006
5 |
_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

28 | Stip. To Continue Status           2