DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERRY LEE GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR-S-05-172-EJG |
| ) | CR-S-06-201-EJG |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME; |
| ) | AND ORDER |
| TERRY LEE GIBSON, ) | |
| ) | |
| Defendant. ) | Date: October 20, 2006 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

    This case is currently scheduled for a status conference on September 22, 2006.  Mr. Gibson is currently in the Placer County jail resolving his state bank robbery charge.  His Placer County case is set for sentencing on September 21, 2006.  Once Mr. Gibson has been sentenced and sent to state prison, the parties will arranged for Mr. Gibson to be brought to federal court from state custody to appear in these cases.

    In light of Mr. Gibson's state custody and the pending state case, the parties ask that the status conference in this case be continued to

1

1  October 20, 2006 at 10:00 a.m.  The parties anticipate that Mr.
2  Gibson's state case will be finished by that date.
3      The parties, through their respective counsel, hereby stipulate
4  and agree that the status conference scheduled in these cases for
5  September 22, 2006, be continued until October 20, 2006.  In addition,
6  the parties stipulate that the time period from September 22, 2006, to
7  October 20, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
8  §3161(h)(1)(D) and Local Code C), in light of the pending state
9  charges.
10     A proposed order is attached and lodged separately for the court's
11 convenience.

12 DATED: September 18, 2006              Respectfully submitted,

13 McGREGOR W. SCOTT                      DANIEL J. BRODERICK
   United States Attorney                 Acting Federal Defender
14
15
    /s/ Rachelle Barbour for               /s/ Rachelle Barbour
16 CAROLYN K. DELANEY                     RACHELLE BARBOUR
   Assistant U.S. Attorney                Assistant Federal Defender
17 Attorney for United States             Attorney for TERRY LEE GIBSON

Stip. To Continue Status             2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>TERRY LEE GIBSON,                )<br>                                 )<br>            Defendant.           )<br>_____  ) | No. CR-S-05-172-EJG<br>    CR-S-06-201-EJG<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

    For the reasons set forth in the stipulation of the parties, filed on September 18, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for September 21, 2006, be continued until Friday, October 20, 2006 at 10:00 a.m.  The Court finds that Mr. Gibson is in Placer County custody on other charges, and that the delay in this case results from those charges under 18 U.S.C. § 3161(h)(1)(D) and Local Code C.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from September 18, 2006, through October 20, 2006, pursuant to 18 U.S.C. §3161(h)(1)(D) and Local Code C.

Dated: September 18, 2006          /s/ Edward J.Garcia
                                   _____
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                    1