UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S 05-172 EJG |
| v. | ) | CR  S 06-201 EJG |
| | ) | |
| TERRY LEE GIBSON | ) | |

**FILED**
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ MC
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee: TERRY LEE GIBSON
Detained at (custodian): Deuel Vocational Institution

Detainee is:
  a.)  (X) to enter change of plea
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.)  (X) return to the custody of detaining facility upon termination of proceedings
  or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary November 17, 2006, at 10:00 a.m. in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: AUSA  Carolyn K. Delaney  (916) 554-2798
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, November 17, 2006, at 10:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 10/18/06

_____
United States District/~~Magistrate~~ Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | (X)Male   ( )Female |
| Booking or CDC #: | F45524 | DOB: 3/11/1967 |
| Facility Address: | 23500 Kasson Road | Race: White |
| | Tracy, CA 95376 | FBI #: 931280DA4 |
| Facility Phone: | (209) 835-4141 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____   By: _____
                                              (Signature)