UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. S 05-172 EJG |
| v. | ) | CR  S 06-201 EJG |
| | ) | |
| TERRY LEE GIBSON | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                              () Ad Testificandum

Name of Detainee: TERRY LEE GIBSON
Detained at (custodian): Deuel Vocational Institution

| Detainee is: | | a.) | (X) to enter change of plea |
|---|---|---|---|
| | or | b.) | () a witness not otherwise available by ordinary process of the Court |

| Detainee will: | | a.) | (X) return to the custody of detaining facility upon termination of proceedings |
|---|---|---|---|
| | or | b.) | () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary November 17, 2006, at 10:00 a.m. in the Eastern District of California.*

Signature:                    _____/s/_____
Printed Name & Phone No:   AUSA  Carolyn K. Delaney   (916) 554-2798___ _____
Attorney of Record for:    United States of America_____

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                              () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, November 17, 2006, at 10:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 25, 2006

_____
U.S. MAGISTRATE JUDGE

_____
Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | (X)Male   ()Female |
| Booking or CDC #: | _F45524_____ | DOB: 3/11/1967 |
| Facility Address: | 23500 Kasson Road_____ | Race: White |
| | Tracy, CA 95376_____ | FBI #: 931280DA4 |
| Facility Phone: | (209) 835-4141_____ | |
| Currently Incarcerated For: | _____ | |

_____
## RETURN OF SERVICE

Executed on      _____        By: _____
                                                              (Signature)