DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERRY LEE GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR-S-05-172-EJG |
| ) | CR-S-06-201-EJG |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME; |
| ) | AND ORDER |
| TERRY LEE GIBSON, ) | |
| ) | |
| Defendant. ) | Date: December 22, 2006 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for December 8, 2006 be reset for Friday, December 22, 2006, at 10:00 a.m.

Mr. Gibson has recently been brought to the Sacramento County Jail from state prison. The probation office must interview him to prepare the pre-plea presentence report ordered by the Court. The parties request that the Court continue the status conference two weeks to

1

permit the interview to go forward.  The probation office will then provide the pre-plea presentence report to counsel and the Court.

The parties stipulate that the time period from the date of this order to December 22, 2006 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 27, 2006            Respectfully submitted,

McGREGOR W. SCOTT                   DANIEL J. BRODERICK
United States Attorney              Federal Defender


 /s/ Rachelle Barbour for            /s/ Rachelle Barbour
CAROLYN K. DELANEY                  RACHELLE BARBOUR
Assistant U.S. Attorney             Assistant Federal Defender
Attorney for United States          Attorney for TERRY LEE GIBSON

Stip. To Continue Status            2

```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,      )  No. CR-S-05-172-EJG
                               )     CR-S-06-201-EJG
            Plaintiff,         )
                               )  ORDER CONTINUING STATUS
     v.                        )  CONFERENCE AND EXCLUDING TIME
                               )
TERRY LEE GIBSON,              )
                               )
            Defendant.         )
                               )
_____)

For the reasons set forth in the stipulation of the parties, filed on November 27, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for December 8, 2006, be continued until Friday, December 22, 2006 at 10:00 a.m. to permit the probation office to interview Mr. Gibson in preparation of the pre-plea presentence report ordered by this Court.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from the date of this order through December 22, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4)..

Dated: November 29, 2006          /S/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                 1