```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  TERRY LEE GIBSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. CR-S-05-172-EJG |
| |      CR-S-06-201-EJG |
| Plaintiff, | |
| | STIPULATION CONTINUING STATUS |
| v. | CONFERENCE AND EXCLUDING TIME; |
| | ORDER |
| TERRY LEE GIBSON, | |
| Defendant. | Date: January 12, 2007 |
| | Time: 10:00 a.m. |
| _____ | Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for December 22, 2006 be reset for Friday, January 12, 2007, at 10:00 a.m.

The parties have just received the pre-plea report for Mr. Gibson. Defense counsel must go over it with Mr. Gibson and provide him a copy. The parties will also work on a plea agreement to be provided to the Court in advance of the next proceeding along with the pre-plea report.

1

1   The parties stipulate that the time period from the date of this
2  order to January 12, 2007 be excluded under the Speedy Trial Act, 18
3  U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code
4  T4).
5  DATED: December 18, 2007           Respectfully submitted,
6  McGREGOR W. SCOTT                  DANIEL J. BRODERICK
   United States Attorney             Federal Defender
7
8
    /s/ Rachelle Barbour for           /s/ Rachelle Barbour
9  CAROLYN K. DELANEY                 RACHELLE BARBOUR
   Assistant U.S. Attorney            Assistant Federal Defender
10 Attorney for United States         Attorney for TERRY LEE GIBSON
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Stip. To Continue Status           2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   No. CR-S-05-172-EJG
                                 )       CR-S-06-201-EJG
            Plaintiff,           )
                                 )   ORDER CONTINUING STATUS
      v.                         )   CONFERENCE AND EXCLUDING TIME
                                 )
TERRY LEE GIBSON,                )
                                 )
            Defendant.           )
                                 )
_____  )

For the reasons set forth in the stipulation of the parties, filed on December 18, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for December 22, 2006, be continued until Friday, January 12, 2007 at 10:00 a.m. to permit the parties to reach a plea agreement and to allow defense counsel to discuss the pre-plea probation report and plea agreement with Mr. Gibson.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from the date of this order through January 12, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4)..

Dated: December 18, 2006            /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    U. S. DISTRICT JUDGE

Stip. To Continue Status            1