```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERRY LEE GIBSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR-S-05-172-EJG |
| ) | CR-S-06-201-EJG |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME; |
| ) | AND ORDER |
| TERRY LEE GIBSON, ) | |
| ) | |
| Defendant. ) | Date: January 26, 2007 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for January 12, 2007 be reset for Friday, January 26, 2007, at 10:00 a.m.

The parties are working on a plea agreement to be provided to the Court in advance of the next proceeding along with the pre-plea report. Due to the holidays and counsel's absence, the parties request two additional weeks to resolve this case.

1

1    The parties stipulate that the time period from the date of this
2 order to January 26, 2007 be excluded under the Speedy Trial Act, 18
3 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code
4 T4).
5 DATED: January 9, 2007              Respectfully submitted,
6 McGREGOR W. SCOTT                   DANIEL J. BRODERICK
  United States Attorney              Federal Defender
7

8
   /s/ Rachelle Barbour for            /s/ Rachelle Barbour
9 CAROLYN K. DELANEY                  RACHELLE BARBOUR
  Assistant U.S. Attorney             Assistant Federal Defender
10 Attorney for United States         Attorney for TERRY LEE GIBSON

28 Stip. To Continue Status         2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>TERRY LEE GIBSON,            )<br>                             )<br>            Defendant.       )<br>_____ ) | No. CR-S-05-172-EJG<br>    CR-S-06-201-EJG<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on January 9, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for January 12, 2007, be continued until Friday, January 26, 2007 at 10:00 a.m. to permit the parties to reach a plea agreement and to allow defense counsel to discuss the pre-plea probation report and plea agreement with Mr. Gibson.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from the date of this order through January 26, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4)..

Dated: January 9, 2007          /s/ Edward J. Garcia
_____
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                1