1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorneys for Defendant
6   TERRY LEE GIBSON

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  Nos. CR-S-05-172-EJG
                                    )        CR-S-06-201-EJG
13                  Plaintiff,      )
                                    )  STIPULATION CONTINUING STATUS
14       v.                         )  CONFERENCE AND EXCLUDING TIME;
                                    )  PROPOSED ORDER
15  TERRY LEE GIBSON,               )
                                    )
16                  Defendant.      )  Date:  February 16, 2007
                                    )  Time:  10:00 a.m.
17  _____ )  Judge:  Hon. Edward J. Garcia

18

19       It is hereby stipulated and agreed to between the United States of

20  America through CAROLYN DELANEY, Assistant U.S. Attorney, and

21  defendant, TERRY LEE GIBSON, by and though his counsel, RACHELLE

22  BARBOUR, Assistant Federal Defender, that the status conference set for

23  January 26, 2007 be reset for Friday, February 16, 2007, at 10:00 a.m.

24       Both counsel will be out of town on the currently set status

25  conference date, and the government's counsel will be out of town on

26  the following Friday.  Accordingly, both parties request that the

27  matter be continued to the next available date of February 16, 2007.

28                                  1

The parties are working on a plea agreement to be provided to the Court in advance of the next proceeding along with the pre-plea report.

The parties stipulate that the time period from the date of this order to February 16, 2007 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 22, 2007                 Respectfully submitted,

McGREGOR W. SCOTT                        DANIEL J. BRODERICK
United States Attorney                   Federal Defender


 /s/ Rachelle Barbour for                 /s/ Rachelle Barbour
CAROLYN K. DELANEY                       RACHELLE BARBOUR
Assistant U.S. Attorney                  Assistant Federal Defender
Attorney for United States               Attorney for TERRY LEE GIBSON

Stip. To Continue Status        2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   No. CR-S-05-172-EJG
                                   )       CR-S-06-201-EJG
                    Plaintiff,     )
                                   )   ORDER CONTINUING STATUS
        v.                         )   CONFERENCE AND EXCLUDING TIME
                                   )
TERRY LEE GIBSON,                  )
                                   )
                    Defendant.     )
                                   )
_____   )

        For the reasons set forth in the stipulation of the parties, filed
on January 22, 2007, IT IS HEREBY ORDERED that the status conference
currently scheduled for January 26, 2007, be continued until Friday,
February 16, 2007 at 10:00 a.m. in light of counsel's unavailability on
January 26th, to permit the parties to reach a plea agreement, and to
allow defense counsel to discuss the pre-plea probation report and plea
agreement with Mr. Gibson.  Accordingly, IT IS HEREBY ORDERED that, for
the reasons stated in the parties' stipulation, the time under the
Speedy Trial Act is excluded from the date of this order through
February 16, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
[reasonable time to prepare] (Local Code T4)..

Dated: January 22, 2007  _____/s/ Edward J.Garcia_____
                                  _____
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

Stip. To Continue Status          1