DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE D. BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3ʳᴰ Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TERRY LEE GIBSON

**FILED**
FEB 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TERRY LEE GIBSON,<br><br>　　　　　Defendant. | NO. Cr.S. 05-00172-EJG<br>　　Cr.S. 06-00201-EJG<br><br>**SEALING ORDER**<br><br>Judge: Hon. Edward J. Garcia |

　　　On February 12, 2007, the Court received Defendant's Sentencing Memorandum. This memorandum contains personal information.

　　　IT IS HEREBY ORDERED that the Clerk of the Court shall file the document under seal and serve it on the parties.

Dated: __2/12/07__ 　　　　　_____
　　　　　　　　　　　　　　　Honorable Edward J. Garcia
　　　　　　　　　　　　　　　United States District Court Judge