# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable William B. Shubb<br>Senior United States District Judge<br>Sacramento, California | **RE:  Terry Lee Gibson**<br>       **Docket Numbers:  2:05CR00172-001**<br>       **                              2:06CR00201-001**<br>       **RECOMMENDATION TO DISMISS**<br>       **PETITION AND RECALL WARRANT** |

Your Honor:

According the Bureau of Prisons records (BOP), on August 10, 2018, the offender was released from BOP.  Subsequently, on January 15, 2019, a petition was filed, and a warrant was issued the same day for Failure to Report Within 72 Hours of Release.

On September 17, 2020, Assistant Federal Defender Rachelle Barbour notified the probation officer that the offender is currently serving a state prison commitment in the California Department of Corrections and Rehabilitation (CDCR).  This officer verified the information and confirmed his scheduled release date from CDCR is May 2025.  Records revealed that on August 10, 2018, the offender was released straight to CDCR to serve his state prison commitment.

**Recommendation**: Based on the above information, the undersigned requests the petition be dismissed, and the warrant issued on January 15, 2019, be recalled.

RE: Terry Lee Gibson
Docket Numbers: 0972 2:05CR00172-001 and 0972 2:06CR00201-001

|  Respectfully submitted, | Reviewed by, |
|---|---|
| *signature* | *Laura Weigel signature* |
| **Ronnie Preap**<br>Supervising United States Probation Officer | **Laura Weigel**<br>Supervising United States Probation Officer |

Dated:   September 22, 2020
         Sacramento, California
         RP

---

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒   Approved

Dated: September 22, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:   Quinn Hochhalter
      Assistant United States Attorney

      Rachelle Barbour
      Defense Counsel