# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | **REENTRY COURT PROGRAM** |
| **v.** | ) | |
| | ) | **AMENDED ORDER TO REDUCE TERM OF** |
| **Terry Lee Gibson,** | ) | **SUPERVISED RELEASE** |
| | ) | **FOR SUCCESSFUL COMPLETION** |
| **Defendant.** | ) | **OF REENTRY COURT** |
| | ) | **(18 U.S.C. 3583(3)(1)** |
| | ) | |
| | ) | **Docket Number: 02:05CR00172-WBS** |
| | ) | |

On November 19, 2024, the defendant was accepted as a participant in the Reentry Court Program.   As of December 16, 2025, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of June 23, 2026.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved.  The term of Supervised Release imposed on August 10, 2018, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

| | |
|---|---|
| **March 25, 2026** | _allison Claire_ |
| **Date** | **The Honorable Allison Claire** |
| | **U.S. Magistrate Judge** |

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved in Docket Number 2:05CR00172.  The defendant's term of Supervised Release is reduced by one year, with a new termination date of June 23, 2026.

Dated:   March 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    Defendant
       Assistant United States Attorney:   To be assigned
       Defense Counsel:   Rachelle Barbour
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office